**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

THOMAS PUSHKAL, et al.,

    Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

No. 23 Civ. 6288 (CS)

WHEREAS, the United States filed this action pursuant to Sections 309(b) and (d) of the Clean Water Act, 33 U.S.C. §§ 1319(b), (d), on July 20, 2023;

WHEREAS, the defendants are Thomas Pushkal, Jennifer Vanover, Maplewood Warmbloods LLC, Edward Pushkal and Frances Pushkal;

WHEREAS, defendant Frances Pushkal is deceased, but her counsel represents that he is authorized to proceed on behalf of her and her estate.

WHEREAS, no party makes any admission or agreement as to the merits of the claims stated in the complaint or the facts or law applicable thereto, and the Court by entering this stipulation makes no such finding;

**NOW THEREFORE**, it is hereby stipulated and agreed by the parties as follows:

1.    This action is voluntarily dismissed without prejudice as to defendants Thomas Pushkal, Jennifer Vanover and Maplewood Warmbloods LLC pursuant to Rule 41(a)(1)(A)(ii).

2.    This action is dismissed with prejudice as to defendants Edward Pushkal and the estate of defendant Frances Pushkal pursuant to Rule 41(a)(1)(A)(ii).

3.    Other than as stated herein, all parties reserve all rights and defenses.

4.    All parties will bear their own attorney's fees, costs and expenses.

Dated:    September 29, 2025

JAY CLAYTON
United States Attorney

By:  /s/ Robert William Yalen
ROBERT WILLIAM YALEN
TOMOKO ONOZAWA
ALYSSA B. O'GALLAGHER
Assistant United States Attorneys
Tel: (212) 637-2722 (Yalen)
robert.yalen@usdoj.gov
*Attorney for Plaintiff*

Dated:    September 26, 2025

HODGES, WALSH &
BURKE LLP

By:  Michael K. Burke
55 Church Street, Suite 211
White Plains, New York 10601
Tel: (914) 385-6030
Fax: (914) 385-6060
mburke@hwb-lawfirm.com

*Attorneys for Defendants Thomas*
*Pushkal, Jennifer Vanover and*
*Maplewood Warmbloods, LLC*

Dated:    September 29, 2025

KELLEY DRYE &
WARREN LLP

By:  /s/ William S. Gyves
William S. Gyves
3 World Trade Center
175 Greenwich Street
New York, NY, 10007
Tel.: (212) 808-7800
Fax: (212) 808-7897
wgyves@kelleydrye.com

*Attorneys for Defendants Edward*
*Pushkal and Frances Pushkal*

SO ORDERED and entered this __ day of September, 2025

_____
HON. CATHY SEIBEL
U.S. DISTRICT JUDGE

4897-5367-5117v.2