UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THOMAS PUSHKAL, et al.,<br><br>　　　　Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>No. 23 Civ. 6288 (CS) |

　　　WHEREAS, the United States filed this action pursuant to Sections 309(b) and (d) of the Clean Water Act, 33 U.S.C. §§ 1319(b), (d), on July 20, 2023;

　　　WHEREAS, the defendants are Thomas Pushkal, Jennifer Vanover, Maplewood Warmbloods LLC, Edward Pushkal and Frances Pushkal;

　　　WHEREAS, defendant Frances Pushkal is deceased, but her counsel represents that he is authorized to proceed on behalf of her and her estate.

　　　WHEREAS, no party makes any admission or agreement as to the merits of the claims stated in the complaint or the facts or law applicable thereto, and the Court by entering this stipulation makes no such finding;

　　　**NOW THEREFORE**, it is hereby stipulated and agreed by the parties as follows:

　　　1.　　This action is voluntarily dismissed without prejudice as to defendants Thomas Pushkal, Jennifer Vanover and Maplewood Warmbloods LLC pursuant to Rule 41(a)(1)(A)(ii).

　　　2.　　This action is dismissed with prejudice as to defendants Edward Pushkal and the estate of defendant Frances Pushkal pursuant to Rule 41(a)(1)(A)(ii).

　　　3.　　Other than as stated herein, all parties reserve all rights and defenses.

　　　4.　　All parties will bear their own attorney's fees, costs and expenses.

4897-5367-5117v.2

Dated: September 29, 2025

    JAY CLAYTON
    United States Attorney

By: /s/ Robert William Yalen
    ROBERT WILLIAM YALEN
    TOMOKO ONOZAWA
    ALYSSA B. O'GALLAGHER
    Assistant United States Attorneys
    Tel: (212) 637-2722 (Yalen)
    robert.yalen@usdoj.gov
    *Attorney for Plaintiff*

Dated: September 26, 2025

    HODGES, WALSH &
    BURKE LLP

By: /s/ Michael K. Burke
    Michael K. Burke
    55 Church Street, Suite 211
    White Plains, New York 10601
    Tel: (914) 385-6030
    Fax: (914) 385-6060
    mburke@hwb-lawfirm.com

*Attorneys for Defendants Thomas Pushkal, Jennifer Vanover and Maplewood Warmbloods, LLC*

Dated: September 29, 2025

    KELLEY DRYE &
    WARREN LLP

By: /s/ William S. Gyves
    William S. Gyves
    3 World Trade Center
    175 Greenwich Street
    New York, NY, 10007
    Tel.: (212) 808-7800
    Fax: (212) 808-7897
    wgyves@kelleydrye.com

*Attorneys for Defendants Edward Pushkal and Frances Pushkal*

SO ORDERED and entered this ___ day of September, 2025

_____
HON. CATHY SEIBEL
U.S. DISTRICT JUDGE

4897-5367-5117v.2